IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00916-WYD-MEH

MINNESOTA LAWYERS MUTUAL INSURANCE CO., a Minnesota corporation,

 Plaintiff,

v.

JOSEPH R. KING,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Based on the filing of Plaintiff's separate Motion to Bifurcate, filed August 3, 2010, ECF No. 16, and Motion to Stay, filed August 3, 2010, ECF No. 17, Plaintiff's combined Motion to Bifurcate and Stay Discovery, filed August 2, 2010, ECF No. 15 is **DENIED AS MOOT**.

 Dated: August 4, 2010.