IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00916-WJM-MEH

MINNESOTA LAWYERS MUTUAL INSURANCE, CO., a Minnesota corporation,

    Plaintiff,

v.

JOSEPH R. KING,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 16, 2011.**

The Joint Motion to Vacate Final Pretrial Conference[1] [filed June 15, 2011; docket #71] is **granted**. In light of the current stay of proceedings, the Final Pretrial Conference is **vacated** and will be rescheduled at the appropriate time. This Court's order that the parties file a status report upon a final disposition of the pending motion for summary judgment remains in effect.

The Joint Motion to Schedule Telephone Status Conference [filed June 15, 2011; docket #73] is **granted**. The Court will hold a Status Conference in this case on **Tuesday, June 28, 2011 at 10:00 a.m.** at which the parties will discuss "issues of discovery" identified in the motion. Counsel for the parties may attend the conference by telephone by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.

---

[1] The Court notes that this motion is erroneously brought "pursuant to Rule 59(e) of the Federal Rules of Civil Procedure." Rule 59(e) concerns motions to alter or amend a judgment, which is not at issue in this case. Nevertheless, the Court will consider the motion under the applicable rules and law.