**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  10-cv-0916-WJM-MEH

MINNESOTA LAWYERS MUTUAL INSURANCE CO., a Minnesota corporation

     Plaintiff,

v.

JOSEPH R. KING

     Defendant.

---

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court on the *sua sponte*.  On August 1, 2012 Defendant filed a Suggestion of Bankruptcy (ECF No. 79) indicating that Defendant had petitioned for relief under Chapter 7 of the United States Bankruptcy Code, case number 11-27985-ABC.  A Settlement Conference was held before United States Magistrate Judge Michael E. Hegarty on March 26, 2012 (ECF No. 85).  At that time no Settlement was reached.  Since the Settlement Conference, this case has been pending, awaiting the resolution of the aforementioned bankruptcy action.

The Court having considered the status of this case and being otherwise fully advised, ORDERS as follows:

Pursuant to local rule D.C.COLO.LCivR 41.2. the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED.  The Parties may seek leave to reopen this case, for good cause shown, upon the conclusion of the bankruptcy action.

Dated this 1st day of February, 2013.

BY THE COURT:

William J. Martinez
United States District Judge