## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 10-cv-0916-WJM-MEH

MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY, a Minnesota corporation,

    Plaintiff,

v.

JOSEPH R. KING

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

This matter comes before the Court on the Parties' Stipulation to Dismiss Case with Prejudice, filed April 1, 2015 (ECF No. 87). The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

The Parties' Stipulation is ACCEPTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay his or its own attorney's fees and costs.

Dated this 2nd day of April, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge